IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:06CR377
                               )
       v.                      )
                               )
CARL TAYLOR,                   )         ORDER
                               )
              Defendant.       )
_____)
```

The Court has been advised that defendant wishes to enter a plea in the above matter.  Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Thursday, January 25, 2007, at 11:30 p.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 17th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court