IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
             Plaintiff,      )       8:06CR377
                             )
        v.                   )
                             )
CARL TAYLOR,                 )       ORDER
                             )
             Defendant.      )
_____)
```

This matter is before the Court on the motion to withdraw as attorney of record (Filing No. 30) filed by Julie B. Hansen.  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion to withdraw is granted; Julie B. Hansen is deemed withdrawn as attorney of record for defendant.

DATED this 10th day of May, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court